IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES in EXHIBIT A |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 22nd day of May, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1] This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2] With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3] The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

EXHIBIT A[4]

4:04-cv-01479-BRW  Winston, et al v. Wyeth Inc, et al
4:04-cv-01713-BRW  Partin, et al v. Wyeth Inc, et al
4:04-cv-01731-BRW  Richmond v. Wyeth Inc, et al
4:04-cv-01734-BRW  Hollander v. Wyeth Inc, et al
4:04-cv-01814-BRW  Messer, et al v. Wyeth Inc, et al

4:04-cv-01824-BRW  Halopoff v. Wyeth Inc, et al
4:04-cv-01829-BRW  Willing v. Wyeth Inc, et al
4:04-cv-01853-BRW  Northcutt v. Wyeth Inc, et al
4:04-cv-01911-BRW  Hinchcliffe v. Wyeth Inc, et al
4:04-cv-01955-BRW  Fluker, et al v. Wyeth Inc, et al

4:04-cv-01958-BRW  Seabolt v. Wyeth Inc, et al
4:05-cv-00967-BRW  Sah et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00972-BRW  Bossi et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01153-BRW  McLellan et al v. Wyeth Inc et al
4:05-cv-01156-BRW  Davis v. Wyeth Inc et al

4:05-cv-01159-BRW  Harrigan v. Wyeth Inc et al
4:05-cv-01424-BRW  Alkire et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01486-BRW  Henry v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01488-BRW  Zexter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01679-BRW  Hutchinson et al v. Wyeth et al

4:05-cv-01797-BRW  Cox et al v. Wyeth et al
4:06-cv-00080-BRW  Dressel v. Wyeth et al
4:06-cv-00124-BRW  Crawford v. Wyeth Inc et al
4:06-cv-00163-BRW  Powers v. Wyeth et al
4:06-cv-00183-BRW  Harper et al v. Wyeth et al

4:06-cv-00426-BRW  Williams v. Wyeth Inc et al
4:06-cv-00530-BRW  Salkin v. Wyeth Inc et al
4:06-cv-00554-BRW  Reinhart v. Wyeth Inc et al
4:06-cv-00565-BRW  Lopez et al v. Wyeth et al
4:06-cv-00588-BRW  Childress v. Wyeth Inc et al

4:06-cv-00593-BRW  Stone v. Wyeth Inc et al
4:06-cv-00597-BRW  Cotton v. Wyeth Inc et al
4:06-cv-00598-BRW  Brink v. Wyeth Inc et al
4:06-cv-00687-BRW  Nichols v. Wyeth et al
4:06-cv-00870-BRW  Jaggie v. Wyeth et al

---

[4]The 2010 cases originally were filed in 2004, but were severed from the earlier filed cases.

| | |
|---|---|
| 4:06-cv-00884-BRW | Watts v. Wyeth et al |
| 4:06-cv-00893-BRW | Williams v. Wyeth et al |
| 4:06-cv-00900-BRW | Hare v. Wyeth et al |
| 4:06-cv-01091-BRW | Merkel v. Wyeth et al |
| 4:06-cv-01170-BRW | Decker v. Wyeth et al |
| | |
| 4:06-cv-01177-BRW | Mitchell v. Wyeth et al |
| 4:06-cv-01215-BRW | Johnston et al v. Wyeth et al |
| 4:06-cv-01256-BRW | Webb v. Wyeth et al |
| 4:06-cv-01306-BRW | Wicht v. Wyeth et al |
| 4:06-cv-01307-BRW | Parker v. Wyeth et al |
| | |
| 4:06-cv-01308-BRW | Tolleson v. Wyeth et al |
| 4:06-cv-01309-BRW | Jarvis v. Wyeth et al |
| 4:06-cv-01310-BRW | Williams v. Wyeth et al |
| 4:06-cv-01311-BRW | Durham v. Wyeth et al |
| 4:06-cv-01312-BRW | Downes v. Wyeth et al |
| | |
| 4:06-cv-01332-BRW | Meyer v. Wyeth et al |
| 4:06-cv-01333-BRW | Williams v. Wyeth et al |
| 4:06-cv-01341-BRW | Lester v. Wyeth et al |
| 4:06-cv-01342-BRW | Beane v. Wyeth et al |
| 4:06-cv-01349-BRW | Klein v. Wyeth et al |
| | |
| 4:06-cv-01379-BRW | Gist v. Wyeth et al |
| 4:06-cv-01386-BRW | Woody v. Wyeth et al |
| 4:06-cv-01388-BRW | Sgroe v. Wyeth et al |
| 4:06-cv-01390-BRW | Fish v. Wyeth Inc et al |
| 4:06-cv-01394-BRW | Knight v. Wyeth et al |
| | |
| 4:06-cv-01397-BRW | Green v. Wyeth et al |
| 4:06-cv-01402-BRW | Wilson v. Wyeth et al |
| 4:06-cv-01423-BRW | Staton v. Wyeth et al |
| 4:06-cv-01428-BRW | Stewart v. Wyeth et al |
| 4:06-cv-01435-BRW | Bond v. Wyeth et al |
| | |
| 4:06-cv-01437-BRW | Growden v. Wyeth et al |
| 4:06-cv-01441-BRW | Kirkland v. Wyeth et al |
| 4:06-cv-01444-BRW | Johnson v. Wyeth et al |
| 4:06-cv-01445-BRW | Middleton v. Wyeth et al |
| 4:06-cv-01446-BRW | Anderson v. Wyeth et al |
| | |
| 4:06-cv-01447-BRW | Vanatta v. Wyeth et al |
| 4:06-cv-01449-BRW | Pacheco v. Wyeth et al |
| 4:06-cv-01451-BRW | Totaro v. Wyeth et al |
| 4:06-cv-01456-BRW | D'Agostino v. Wyeth et al |
| 4:06-cv-01457-BRW | Straessle v. Wyeth et al |

```
4:06-cv-01459-BRW   Huff v. Wyeth et al
4:06-cv-01476-BRW   Thomas v. Wyeth et al
4:06-cv-01477-BRW   Marino v. Wyeth et al
4:06-cv-01478-BRW   Frazier v. Wyeth et al
4:06-cv-01479-BRW   Cameron v. Wyeth et al

4:06-cv-01522-BRW   Bliss v. Wyeth et al
4:06-cv-01548-BRW   Lyles v. Wyeth et al
4:06-cv-01567-BRW   Ward v. Wyeth et al
4:06-cv-01568-BRW   Person v. Wyeth et al
4:06-cv-01569-BRW   Paradise v. Wyeth et al

4:06-cv-01575-BRW   Edge v. Wyeth et al
4:06-cv-01593-BRW   Dunn v. Wyeth et al
4:06-cv-01649-BRW   Ferretti v. Wyeth et al
4:06-cv-01663-BRW   Riese v. Wyeth Inc et al
4:06-cv-01667-BRW   Fishback et al v. Wyeth Inc et al

4:06-cv-01677-BRW   Hipkins v. Wyeth et al
4:06-cv-01692-BRW   Bechtel v. Wyeth et al
4:06-cv-01694-BRW   Miller v. Wyeth et al
4:07-cv-00134-BRW   Moses v. Wyeth et al
4:07-cv-00218-BRW   Sams v. Wyeth et al

4:07-cv-00297-BRW   Crowley v. Wyeth et al
4:07-cv-00599-BRW   McKinney v. Wyeth et al
4:07-cv-00622-BRW   Harvill et al v. Wyeth et al
4:07-cv-00729-BRW   Watson v. Wyeth Inc et al
4:07-cv-01131-BRW   Acevedo et al v. Wyeth et al

4:07-cv-01143-BRW   Gordon v. Wyeth et al
4:07-cv-01209-BRW   Gostonczik et al v. Wyeth Inc et al
4:08-cv-00033-BRW   Chaffee et al v. Wyeth Inc et al
4:08-cv-00034-BRW   Coreschi et al v. Wyeth et al
4:08-cv-00041-BRW   Kirkland v. Bristol Myers Squibb Company

4:08-cv-00123-BRW   Waldo v. Wyeth et al
4:08-cv-00147-BRW   Kleven et al v. Wyeth Inc et al
4:08-cv-00530-BRW   Evenstad-Roseland v. Wyeth Inc et al
4:08-cv-00624-BRW   Miiller et al v. Wyeth et al
4:08-cv-00648-BRW   Dent et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-01193-BRW   Polk v. Wyeth et al
4:08-cv-01419-BRW   Johnston v. Wyeth Inc et al
4:08-cv-01421-BRW   Brown v. Wyeth Inc et al
4:08-cv-01423-BRW   Kehm v. Wyeth Inc et al
4:08-cv-01451-BRW   Lieser v. Wyeth et al
```

4:08-cv-01500-BRW   Bell et al v. Wyeth Inc et al
4:08-cv-01547-BRW   Neuendorff v. Wyeth
4:08-cv-01549-BRW   Patrow v. Wyeth et al
4:08-cv-01550-BRW   Seckler v. Wyeth et al
4:08-cv-01679-BRW   Angle v. Wyeth Inc et al

4:08-cv-01680-BRW   Baer v. Wyeth Inc et al
4:08-cv-01681-BRW   Sosovicka v. Wyeth Inc et al
4:08-cv-01767-BRW   Bradberry et al v. Wyeth Inc et al
4:08-cv-01768-BRW   Clark et al v. Wyeth Inc et al
4:08-cv-01769-BRW   Smock et al v. Wyeth Inc et al

4:08-cv-01770-BRW   Dubich v. Wyeth et al
4:08-cv-01771-BRW   Bank et al v. Wyeth Inc et al
4:08-cv-01772-BRW   Kaatz v. Wyeth Inc et al
4:08-cv-01773-BRW   Gillings et al v. Wyeth Inc et al
4:08-cv-01774-BRW   Lenzmeier v. Wyeth Inc et al

4:08-cv-01775-BRW   McCaughey et al v. Wyeth Inc al
4:08-cv-01776-BRW   Murren et al v. Wyeth Inc et al
4:08-cv-01777-BRW   Ancha et al v. Wyeth Inc et al
4:08-cv-01780-BRW   Russ-Stalls v. Wyeth Inc et al
4:08-cv-01782-BRW   Bartlett v. Wyeth Inc et al

4:08-cv-01784-BRW   Cusack et al v. Wyeth Inc et al
4:08-cv-01785-BRW   Kirby et al v. Wyeth Inc et al
4:08-cv-01786-BRW   Newmark v. Wyeth Inc et al
4:08-cv-01787-BRW   Pesock v. Wyeth Inc et al
4:08-cv-01788-BRW   Rick et al v. Wyeth Inc et al

4:08-cv-01789-BRW   Rappold et al v. Wyeth et al
4:08-cv-01794-BRW   Schroeder v. Wyeth Inc et al
4:08-cv-01795-BRW   Poulin et al v. Wyeth Inc et al
4:08-cv-01796-BRW   McClelland et al v. Wyeth Inc et al
4:08-cv-01797-BRW   Uglem v. Wyeth Inc et al

4:08-cv-01799-BRW   Pickles et al v. Wyeth Inc et al
4:08-cv-01800-BRW   Greinert et al v. Wyeth Inc et al
4:08-cv-01801-BRW   Adamson et al v. Wyeth Inc et al
4:08-cv-01804-BRW   Seeley et al vs. Wyeth Inc et al
4:08-cv-01805-BRW   Talarico et al v. Wyeth Inc et al

4:08-cv-01806-BRW   Zitzow et al v. Wyeth Inc et al
4:08-cv-01808-BRW   Jensen et al v. Wyeth Inc et al
4:08-cv-01809-BRW   Wayerski et al v. Wyeth Inc et al
4:08-cv-01810-BRW   Wilmot et al v. Wyeth Inc
4:08-cv-01812-BRW   Vargas et al v. Wyeth Inc et al

| | |
|---|---|
| 4:08-cv-01814-BRW | Eshleman et al v. Wyeth Inc et al |
| 4:08-cv-01849-BRW | Zepher v. Bristol Myers Squibb Company |
| 4:08-cv-01854-BRW | Buch et al v. Wyeth Inc et al |
| 4:08-cv-01869-BRW | Baker v. Wyeth Inc et al |
| 4:08-cv-01872-BRW | Hummel v. Wyeth Inc et al |
| 4:08-cv-01887-BRW | McPherson v. Wyeth Inc et al |
| 4:08-cv-01888-BRW | Evans v. Wyeth Inc et al |
| 4:08-cv-01889-BRW | Kirchhoff v. Wyeth et al |
| 4:08-cv-01893-BRW | Merrick v. Wyeth Inc et al |
| 4:08-cv-01896-BRW | Doyle v. Wyeth et al |
| 4:08-cv-01897-BRW | Miller v. Wyeth Inc et al |
| 4:08-cv-01899-BRW | Mills v. Wyeth Inc et al |
| 4:08-cv-01900-BRW | Barbour v. Wyeth Inc et al |
| 4:08-cv-01902-BRW | Numainville-Chambers v. Wyeth Inc et al |
| 4:08-cv-01905-BRW | Bayer v. Wyeth Inc et al |
| 4:08-cv-01911-BRW | Crawford et al v. Wyeth Inc et al |
| 4:08-cv-02312-BRW | Cowan v. Wyeth et al |
| 4:08-cv-02385-BRW | Broskey v. Wyeth Pharmaceuticals Inc et al |
| 4:08-cv-02401-BRW | Wert et al v. Wyeth Pharmaceuticals Inc et al |
| 4:08-cv-02411-BRW | Humphreys et al v. Wyeth Pharmaceuticals Inc et al |
| 4:08-cv-02412-BRW | Rosenzweig et al v. Wyeth Pharmaceuticals Inc et al |
| 4:08-cv-02430-BRW | Richter v. Wyeth et al |
| 4:08-cv-02443-BRW | Horsfall v. Wyeth et al |
| 4:08-cv-02448-BRW | Skinn v. Wyeth et al |
| 4:08-cv-02454-BRW | Steenbock et al v. Wyeth et al |
| 4:08-cv-02472-BRW | Wilson v. Wyeth Inc et al |
| 4:08-cv-02570-BRW | Coleman et al v. Wyeth et al |
| 4:08-cv-02574-BRW | Keedy et al v. Wyeth et al |
| 4:08-cv-02580-BRW | Rembold v. Wyeth et al |
| 4:08-cv-02584-BRW | DeBrower v. Wyeth et al |
| 4:08-cv-02589-BRW | Davis v. Wyeth et al |
| 4:08-cv-02660-BRW | Brown v. Wyeth Inc et al |
| 4:08-cv-02668-BRW | Edwards et al v. Wyeth et al |
| 4:08-cv-02673-BRW | Beecham v. Wyeth Inc et al |
| 4:08-cv-02675-BRW | Handy v. Wyeth Inc et al |
| 4:08-cv-02676-BRW | Manning v. Wyeth Inc et al |
| 4:08-cv-02677-BRW | Miles et al v. Wyeth Inc et al |
| 4:08-cv-02680-BRW | Hayes v. Wyeth Inc et al |
| 4:08-cv-02687-BRW | Hacke et al v. Wyeth et al |
| 4:08-cv-02690-BRW | Davis v. Wyeth Inc et al |

4:08-cv-02692-BRW   Kahl et al v. Wyeth et al
4:08-cv-02698-BRW   Latorra et al v. Wyeth et al
4:08-cv-02699-BRW   Rockstad et al v. Wyeth et al
4:08-cv-02702-BRW   Storm et al v. Wyeth et al
4:08-cv-02703-BRW   Vent et al v. Wyeth et al

4:08-cv-02704-BRW   Gorder et al v. Wyeth et al
4:08-cv-02707-BRW   Savage-Harrington et al v. Wyeth et al
4:08-cv-02740-BRW   Fox v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02742-BRW   Gay et al v. Wyeth et al
4:08-cv-02755-BRW   Dobson v. Wyeth et al

4:08-cv-02759-BRW   Thompson et al v. Wyeth et al
4:08-cv-02767-BRW   Moles v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02791-BRW   Stine v. Wyeth et al
4:08-cv-02792-BRW   Mischke v. Wyeth et al
4:08-cv-02793-BRW   Bierdeman et al v. Wyeth

4:08-cv-02794-BRW   Wulff et al v. Wyeth
4:08-cv-02795-BRW   Olson et al v. Wyeth et al
4:08-cv-02810-BRW   Oliver et al v. Wyeth et al
4:08-cv-03125-BRW   Clark v. Wyeth et al
4:08-cv-03154-BRW   Clough v. Wyeth et al

4:08-cv-03155-BRW   Dehne et al v. Wyeth et al
4:08-cv-03176-BRW   Rinehimer v. Wyeth et al
4:08-cv-03209-BRW   Berendt v. Wyeth et al
4:08-cv-03212-BRW   Lepp v. Wyeth et al
4:08-cv-03227-BRW   Ryan v. Wyeth et al

4:08-cv-03230-BRW   Schulz v. Wyeth et al
4:08-cv-03290-BRW   Serrano v. Wyeth et al
4:08-cv-03368-BRW   Boehnlein v. Wyeth et al
4:08-cv-03378-BRW   Nelson v. Wyeth et al
4:08-cv-03393-BRW   Seidel v. Wyeth et al

4:08-cv-03397-BRW   Docherty v. Wyeth et al
4:08-cv-03399-BRW   Acosta v. Wyeth et al
4:08-cv-03502-BRW   Wimberly v. Wyeth et al
4:08-cv-03531-BRW   Taron et al v. Wyeth et al
4:08-cv-03533-BRW   England et al v. Wyeth et al

4:08-cv-03818-BRW   Jaegers v. Wyeth Inc et al
4:08-cv-03822-BRW   Dennis v. Bristol-Myers Squibb Company et al
4:08-cv-03823-BRW   Dalton v. Wyeth Inc et al
4:08-cv-03828-BRW   Bonomi v. Wyeth Inc et al
4:08-cv-04118-BRW   Donovan et al v. Wyeth et al

4:08-cv-04124-BRW  Bell v. Wyeth et al
4:09-cv-00178-BRW  Coziahr v. Wyeth Pharmaceuticals Inc
4:09-cv-00180-BRW  Stroud et al v. Wyeth Inc et al
4:09-cv-00207-BRW  Smith v. Wyeth Pharmaceuticals Inc et al
4:09-cv-00209-BRW  Kopinski v. Wyeth Pharmaceuticals Inc et al

4:09-cv-00258-BRW  Breese v. Wyeth Pharmaceuticals Inc et al
4:09-cv-00260-BRW  Raspa v. Wyeth Inc et al
4:09-cv-00271-BRW  Turner et al v. Wyeth et al
4:09-cv-00690-BRW  Schwartz v Wyeth Inc et al
4:09-cv-00710-BRW  McClary et al v. Wyeth Inc et al

4:09-cv-00711-BRW  Castiglione v. Wyeth Inc et al
4:09-cv-00762-BRW  Rench et al v. Wyeth Inc et al
4:09-cv-00772-BRW  Nelson et al v. Wyeth et al
4:09-cv-00841-BRW  Coon et al v. Wyeth
4:09-cv-00842-BRW  Hendrickson v. Wyeth Inc et al

4:09-cv-00844-BRW  Skurow et al v. Wyeth et al
4:09-cv-00848-BRW  Helmick v. Wyeth Inc
4:10-cv-00413-BRW  Monroe v. Wyeth LLC et al
4:10-cv-00449-BRW  Behning v. Wyeth LLC et al
4:10-cv-00575-BRW  Pierson v. Wyeth LLC et al

4:10-cv-00576-BRW  Miller v. Wyeth LLC et al
4:10-cv-00583-BRW  Way v. Wyeth LLC et al
4:10-cv-00584-BRW  Wyatt v. Wyeth LLC et al
4:10-cv-00585-BRW  Shaw v. Wyeth LLC et al
4:10-cv-00594-BRW  Nichols et al v. Wyeth LLC et al

4:10-cv-00689-BRW  Campbell v. Wyeth LLC
4:10-cv-00690-BRW  Billingsley v. Wyeth LLC
4:10-cv-00691-BRW  Matthews et al v. Wyeth LLC
4:10-cv-00734-BRW  Ostroff v. Wyeth LLC et al
4:10-cv-00735-BRW  Horton v. Wyeth LLC et al

4:10-cv-00736-BRW  Maddox v. Wyeth LLC et al
4:10-cv-00737-BRW  Laws v. Wyeth LLC et al
4:10-cv-00738-BRW  Culver et al v. Wyeth LLC
4:10-cv-00739-BRW  Pruitt v. Wyeth LLC
4:10-cv-00740-BRW  Rodgers et al v. Wyeth LLC et al

4:10-cv-00741-BRW  Rhodes v. Wyeth LLC et al
4:10-cv-00742-BRW  Scott v. Wyeth LLC et al
4:10-cv-00743-BRW  Moore v. Wyeth LLC
4:10-cv-00745-BRW  Ramsey v. Wyeth LLC et al
4:10-cv-00758-BRW  Dula v. Wyeth LLC

```
4:10-cv-00788-BRW   Meyer v. Wyeth LLC et al
4:10-cv-00810-BRW   Gonzalez v. Wyeth LLC et al
4:10-cv-00819-BRW   Eden v. Wyeth LLC et al
4:10-cv-00900-BRW   Downey v. Wyeth LLC et al
4:10-cv-00934-BRW   Weiss v. Wyeth LLC et al

4:10-cv-00936-BRW   Cartwright v. Wyeth LLC et al
4:10-cv-00940-BRW   Tibbs v. Wyeth LLC et al
4:10-cv-00949-BRW   Martinez v. Wyeth LLC et al
4:10-cv-00953-BRW   Rodgers v. Wyeth LLC
4:10-cv-00961-BRW   Bishop v. Wyeth LLC

4:10-cv-01007-BRW   Weaver v. Wyeth LLC et al
4:10-cv-01016-BRW   Powell v. Wyeth LLC et al
4:10-cv-01053-BRW   Teaster v. Wyeth LLC
4:10-cv-01065-BRW   Guillett v. Wyeth LLC et al
4:10-cv-01066-BRW   Sprowles v. Wyeth LLC et al

4:10-cv-01067-BRW   Garza v. Wyeth LLC et al
4:10-cv-01068-BRW   Guzman v. Wyeth LLC et al
4:10-cv-01070-BRW   Fries v. Wyeth LLC et al
4:10-cv-01075-BRW   Goode v. Wyeth LLC et al
4:10-cv-01136-BRW   Strickland v Wyeth LLC

4:10-cv-01209-BRW   Mann v. Wyeth LLC
4:10-cv-01263-BRW   Bohanan v. Wyeth LLC
4:10-cv-01274-BRW   Benton v. Wyeth LLC et al
4:10-cv-01358-BRW   Moreno v. Wyeth LLC
4:10-cv-01359-BRW   Mattson v. Wyeth LLC et al

4:10-cv-01361-BRW   Zeney v. Wyeth LLC et al
4:10-cv-01362-BRW   Vandervoort v. Wyeth LLC et al
4:10-cv-01431-BRW   Booker v. Wyeth Inc et al
4:10-cv-01432-BRW   Hardin v. Wyeth et al
4:10-cv-01433-BRW   Wilson v. Wyeth Inc et al

4:10-cv-01434-BRW   Anderson v. Wyeth Inc et al
4:10-cv-01435-BRW   Jackson v. Wyeth Inc et al
4:10-cv-01436-BRW   Tucker v. Wyeth Inc et al
4:10-cv-01437-BRW   Gary v. Wyeth Inc et al
4:11-cv-00085-BRW   Doolittle v. Wyeth
```